UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUBEN MONTES-ALVAREZ, JR.,<br><br>    Defendant. | Case Nos.: 14CR2117-L/14CR0937-L<br><br>**ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND INFORMATION.** |

Upon motion of the Plaintiff, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment and Information in the above-captioned cases against Defendant RUBEN MONTES-ALVAREZ, JR. are dismissed without prejudice.

IT IS FURTHER ORDERED Defendant is to be released to the custody of Immigration and Customs Enforcement for further proceedings and any arrest warrants are recalled in these matters.

DATED: January 27, 2016.

_____
HONORABLE M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE